# EXHIBIT 1

US011857482B1

(12) **United States Patent**
Danby et al.

(10) Patent No.: **US 11,857,482 B1**
(45) Date of Patent: **Jan. 2, 2024**

(54) **MASSAGE DEVICE HAVING VARIABLE STROKE LENGTH**

(71) Applicant: **HYPERICE IP SUBCO, LLC**, Irvine, CA (US)

(72) Inventors: **Philip C. Danby**, Key Biscayne, FL (US); **John Charles Danby**, Witham (GB)

(73) Assignee: **HYPERICE IP SUBCO, LLC**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/681,367**

(22) Filed: **Feb. 25, 2022**

**Related U.S. Application Data**

(63) Continuation of application No. 15/892,665, filed on Feb. 9, 2018, now Pat. No. 11,285,075, which is a continuation of application No. 14/317,573, filed on Jun. 27, 2014, now Pat. No. 9,889,066.

(60) Provisional application No. 61/841,693, filed on Jul. 1, 2013.

(51) **Int. Cl.**
*A61H 23/02* (2006.01)

(52) **U.S. Cl.**
CPC . *A61H 23/0254* (2013.01); *A61H 2201/0107* (2013.01); *A61H 2201/0153* (2013.01); *A61H 2201/0157* (2013.01); *A61H 2201/1215* (2013.01); *A61H 2201/149* (2013.01); *A61H 2201/1418* (2013.01); *A61H 2201/1664* (2013.01); *A61H 2201/501* (2013.01); *A61H 2201/5005* (2013.01); *A61H 2201/5015* (2013.01); *A61H 2201/5035* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ........ A61H 23/0254; A61H 2201/0107; A61H 2201/0153; A61H 2201/0157; A61H 2201/1215; A61H 2201/1418; A61H 2201/149; A61H 2201/1664; A61H 2201/5005; A61H 2201/501; A61H 2201/5015; A61H 2201/5035; A61H 2201/5038; A61H 2201/5097
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 784,024 A | 3/1905 | Barrett et al. |
| 799,881 A | 9/1905 | Wells |
| 873,123 A | 12/1907 | Gardy |

(Continued)

FOREIGN PATENT DOCUMENTS

| CA | 1042745 A | 11/1978 |
| CA | 2440783 A1 | 3/2004 |

(Continued)

OTHER PUBLICATIONS

http://web.archive.org/web/20100418041422/http://www.instructables.com/id/Jigsaw-Massager/; Apr. 18, 2010. (Year: 2010).*
(Continued)

*Primary Examiner* — Timothy A Stanis
(74) *Attorney, Agent, or Firm* — Goodwin Procter LLP

(57) **ABSTRACT**

Exemplary embodiments of massaging devices are disclosed herein. One exemplary embodiment includes a piston having a longitudinal axis, a massaging head connected to the piston, a motor located on a first side of the longitudinal axis and a handle located on a second side of the longitudinal axis. A drive mechanism for moving the piston and massage head is also included.

**61 Claims, 7 Drawing Sheets**



US 11,857,482 B1
Page 2

(52) **U.S. Cl.**
CPC ............... *A61H 2201/5038* (2013.01); *A61H 2201/5097* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor |
|---|---|---|---|
| 1,339,179 | A | 5/1920 | Elmen |
| 1,594,636 | A | 8/1926 | Smith |
| 1,612,981 | A | 1/1927 | Mraula |
| 1,657,765 | A | 1/1928 | Pasque |
| 1,784,301 | A | 12/1930 | Mekler |
| 1,978,223 | A | 10/1934 | Parker |
| 3,030,647 | A | 4/1962 | Peyron |
| 3,494,353 | A | 2/1970 | Marich |
| 3,626,934 | A | 12/1971 | Andis |
| 3,699,952 | A | 10/1972 | Waters et al. |
| 3,705,578 | A | 12/1972 | Cutler et al. |
| 3,710,785 | A | 1/1973 | Hilger |
| 3,841,321 | A | 10/1974 | Albach et al. |
| 3,845,758 | A | 11/1974 | Anderson |
| 3,920,291 | A | 11/1975 | Wendel et al. |
| 3,968,789 | A | 7/1976 | Simoncini |
| 3,993,052 | A | 11/1976 | Miyahara |
| 4,088,128 | A | 5/1978 | Mabuchi |
| 4,149,530 | A | 4/1979 | Gow |
| 4,150,668 | A | 4/1979 | Johnston |
| 4,162,675 | A | 7/1979 | Kawada |
| 4,173,217 | A | 11/1979 | Johnston |
| RE30,500 | E | 2/1981 | Springer et al. |
| 4,412,535 | A | 11/1983 | Teren |
| 4,505,267 | A | 3/1985 | Inada |
| 4,513,737 | A | 4/1985 | Mabuchi |
| 4,523,580 | A | 6/1985 | Tureaud |
| 4,549,535 | A | 10/1985 | Wing |
| 4,566,442 | A | 1/1986 | Mabuchi et al. |
| 4,691,693 | A | 9/1987 | Sato |
| 4,709,201 | A | 11/1987 | Schaefer et al. |
| 4,730,605 | A | 3/1988 | Noble et al. |
| 4,751,452 | A | 6/1988 | Kilmer et al. |
| 4,790,296 | A | 12/1988 | Segal |
| 4,827,914 | A | 5/1989 | Kamazawa |
| 4,841,955 | A | 6/1989 | Evans et al. |
| 4,858,600 | A | 8/1989 | Gross et al. |
| 4,880,713 | A | 11/1989 | Levine |
| 4,989,613 | A | 2/1991 | Finkenberg |
| 5,063,911 | A | 11/1991 | Teranishi |
| 5,065,743 | A | 11/1991 | Sutherland |
| D323,034 | S | 1/1992 | Reinstein |
| D323,606 | S | 2/1992 | Chang |
| 5,085,207 | A | 2/1992 | Fiore |
| 5,134,777 | A * | 8/1992 | Meyer ................ B23D 49/167 30/392 |
| 5,140,979 | A | 8/1992 | Nakagawa |
| D329,292 | S | 9/1992 | Wollman |
| 5,159,922 | A | 11/1992 | Mabuchi et al. |
| D331,467 | S | 12/1992 | Wollman |
| D335,073 | S | 4/1993 | Anthony et al. |
| 5,215,078 | A | 6/1993 | Fulop |
| 5,305,738 | A | 4/1994 | Shimizu |
| 5,311,860 | A | 5/1994 | Doria |
| 5,364,223 | A | 11/1994 | Bissex |
| 5,415,621 | A | 5/1995 | Campbell |
| 5,417,644 | A | 5/1995 | Lee |
| 5,447,491 | A | 9/1995 | Bellandi et al. |
| 5,469,860 | A | 11/1995 | De Santis |
| 5,489,280 | A | 2/1996 | Russell |
| D367,712 | S | 3/1996 | Young |
| D373,640 | S | 9/1996 | Young |
| 5,569,168 | A | 10/1996 | Hartwig |
| 5,573,500 | A | 11/1996 | Katsunuma et al. |
| 5,602,432 | A | 2/1997 | Mizutani |
| D378,338 | S | 3/1997 | Acciville et al. |
| 5,632,720 | A | 5/1997 | Kleitz |
| 5,656,017 | A | 8/1997 | Keller et al. |
| 5,656,018 | A | 8/1997 | Tseng |
| D388,175 | S | 12/1997 | Lie |
| 5,725,483 | A | 3/1998 | Podolsky |
| 5,733,029 | A | 3/1998 | Monroe |
| 5,797,462 | A | 8/1998 | Rahm |
| 5,803,916 | A | 9/1998 | Kuznets et al. |
| D403,220 | S | 12/1998 | Kimata et al. |
| 5,843,006 | A | 12/1998 | Phillips et al. |
| D407,498 | S | 3/1999 | Cooper |
| D408,241 | S | 4/1999 | Jansson |
| 5,925,002 | A | 7/1999 | Wollman |
| 5,951,501 | A | 9/1999 | Griner |
| 6,051,957 | A | 4/2000 | Klein |
| 6,102,875 | A | 8/2000 | Jones |
| 6,123,657 | A | 9/2000 | Ishikawa et al. |
| 6,165,145 | A | 12/2000 | Noble |
| 6,170,108 | B1 | 1/2001 | Knight |
| D437,713 | S | 2/2001 | Young |
| D438,309 | S | 2/2001 | Young |
| 6,228,042 | B1 * | 5/2001 | Dungan ................ A61H 1/008 601/107 |
| 6,231,497 | B1 | 5/2001 | Souder |
| 6,357,125 | B1 * | 3/2002 | Feldmann ............. B23D 51/16 30/277.4 |
| D455,837 | S | 4/2002 | Kim |
| 6,375,609 | B1 | 4/2002 | Hastings et al. |
| 6,401,289 | B1 | 6/2002 | Herbert |
| 6,402,710 | B1 | 6/2002 | Hsu |
| D460,675 | S | 7/2002 | Morgan |
| 6,432,072 | B1 * | 8/2002 | Harris ................ A61H 23/0254 601/111 |
| 6,440,091 | B1 | 8/2002 | Hirosawa |
| 6,461,377 | B1 | 10/2002 | An |
| 6,478,755 | B2 | 11/2002 | Young |
| D467,148 | S | 12/2002 | Flickinger |
| 6,494,849 | B2 | 12/2002 | Kuo |
| 6,503,211 | B2 | 1/2003 | Frye |
| 6,537,236 | B2 | 3/2003 | Tucek et al. |
| D474,089 | S | 5/2003 | Huang |
| 6,577,287 | B2 | 6/2003 | Havel |
| 6,581,596 | B1 | 6/2003 | Truitt et al. |
| 6,585,667 | B1 | 7/2003 | Muller |
| 6,616,621 | B1 | 9/2003 | Kohr |
| 6,656,140 | B2 | 12/2003 | Oguma et al. |
| 6,663,657 | B1 | 12/2003 | Miller |
| 6,682,496 | B1 * | 1/2004 | Pivaroff ................ A61H 7/005 601/107 |
| D487,219 | S | 3/2004 | Chudy et al. |
| 6,758,826 | B2 | 7/2004 | Luettgen et al. |
| 6,805,700 | B2 | 10/2004 | Miller |
| D498,128 | S | 11/2004 | Sterling |
| 6,832,991 | B1 | 12/2004 | Inada et al. |
| 6,866,776 | B2 | 3/2005 | Leason et al. |
| 6,979,300 | B1 | 12/2005 | Julian et al. |
| 6,994,679 | B1 | 2/2006 | Lee |
| 7,033,329 | B2 | 4/2006 | Liao |
| 7,041,072 | B2 | 5/2006 | Calvert |
| 7,083,581 | B2 | 8/2006 | Tsai |
| 7,125,390 | B2 | 10/2006 | Ferber et al. |
| 7,128,722 | B2 | 10/2006 | Lev et al. |
| D536,591 | S | 2/2007 | Ghode et al. |
| 7,211,057 | B2 | 5/2007 | Gleason et al. |
| D544,102 | S | 6/2007 | Pivaroff |
| 7,229,424 | B2 | 6/2007 | Jones et al. |
| 7,238,162 | B2 | 7/2007 | Dehli |
| 7,264,598 | B2 | 9/2007 | Shin |
| 7,270,641 | B2 | 9/2007 | Glucksman et al. |
| 7,282,036 | B2 | 10/2007 | Masuda |
| 7,282,037 | B2 | 10/2007 | Cho |
| D555,255 | S | 11/2007 | Masuda |
| 7,306,569 | B2 | 12/2007 | LaJoie et al. |
| 7,322,946 | B2 | 1/2008 | Lev et al. |
| 7,335,170 | B2 | 2/2008 | Milne et al. |
| 7,354,408 | B2 | 4/2008 | Muchisky |
| 7,470,242 | B2 | 12/2008 | Ferber et al. |
| 7,503,923 | B2 * | 3/2009 | Miller .................... A61H 1/008 173/90 |
| 7,507,198 | B2 | 3/2009 | Ardizzone et al. |
| 7,517,327 | B1 | 4/2009 | Knight |
| 7,597,669 | B2 | 10/2009 | Huang |
| 7,629,766 | B2 | 12/2009 | Sadow |

### (56) References Cited

#### U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor(s) |
|---|---|---|
| 7,634,314 B2 | 12/2009 | Applebaum et al. |
| D625,164 S | 10/2010 | Aglassinger |
| 7,927,259 B1* | 4/2011 | Rix ................. A61H 23/02 601/41 |
| 7,927,294 B2 | 4/2011 | Kamimura et al. |
| 7,976,485 B2 | 7/2011 | Huang |
| 8,052,625 B2 | 11/2011 | Tsai et al. |
| 8,083,699 B2 | 12/2011 | Colloca et al. |
| 8,092,407 B2 | 1/2012 | Tsukada et al. |
| 8,192,379 B2 | 6/2012 | Huang |
| 8,282,583 B2 | 10/2012 | Tsai |
| 8,317,733 B2 | 11/2012 | Chen et al. |
| 8,342,187 B2 | 1/2013 | Kalman et al. |
| 8,475,362 B2 | 7/2013 | Sohn et al. |
| 8,632,525 B2 | 1/2014 | Kerr et al. |
| 8,673,487 B2 | 3/2014 | Churchill |
| D703,337 S | 4/2014 | Fuhr et al. |
| D706,433 S | 6/2014 | Fuhr et al. |
| 8,951,216 B2 | 2/2015 | Yoo et al. |
| D725,978 S | 4/2015 | Uematsu et al. |
| 9,017,355 B2 | 4/2015 | Smith et al. |
| 9,107,690 B2 | 8/2015 | Bales, Jr. et al. |
| D738,516 S | 9/2015 | Karim |
| 9,272,141 B2 | 3/2016 | Nichols |
| D752,936 S | 4/2016 | King et al. |
| D757,953 S | 5/2016 | Philips |
| 9,333,371 B2 | 5/2016 | Bean et al. |
| D759,831 S | 6/2016 | Levi et al. |
| 9,756,402 B2 | 9/2017 | Stampfl et al. |
| 9,889,066 B2 | 2/2018 | Danby et al. |
| D823,478 S | 7/2018 | Park |
| D825,073 S | 8/2018 | Lenke |
| D827,842 S | 9/2018 | Bainton et al. |
| D827,843 S | 9/2018 | Bainton et al. |
| 10,162,106 B1 | 12/2018 | Grillo et al. |
| D840,032 S | 2/2019 | Clifford et al. |
| D842,491 S | 3/2019 | Fleming et al. |
| 10,245,033 B2 | 4/2019 | Overmyer et al. |
| 10,314,762 B1 | 6/2019 | Marton et al. |
| 10,357,425 B2 | 7/2019 | Wersland et al. |
| D869,928 S | 12/2019 | Hsiao |
| D879,290 S | 3/2020 | Harman et al. |
| 10,743,650 B2 | 8/2020 | Katano et al. |
| 2002/0058892 A1 | 5/2002 | Young |
| 2002/0161315 A1 | 10/2002 | Harris et al. |
| 2003/0060741 A1 | 3/2003 | Park |
| 2003/0114781 A1 | 6/2003 | Beaty et al. |
| 2003/0130602 A1 | 7/2003 | Chang |
| 2003/0144615 A1 | 7/2003 | Lin |
| 2003/0195438 A1 | 10/2003 | Petillo |
| 2003/0195443 A1* | 10/2003 | Miller ................. A61H 23/02 601/108 |
| 2003/0218045 A1 | 11/2003 | Shkolnikov |
| 2004/0010268 A1 | 1/2004 | Gabehart |
| 2004/0144553 A1 | 7/2004 | Ashbaugh |
| 2005/0015030 A1 | 1/2005 | Bousfield et al. |
| 2005/0096571 A1 | 5/2005 | Miki |
| 2005/0096682 A1 | 5/2005 | Daffer |
| 2005/0192519 A1 | 9/2005 | Crunick |
| 2005/0203448 A1 | 9/2005 | Harris et al. |
| 2006/0025710 A1 | 2/2006 | Schulz et al. |
| 2006/0058714 A1 | 3/2006 | Rhoades |
| 2006/0074360 A1 | 4/2006 | Yu |
| 2006/0178040 A1 | 8/2006 | Kurosawa |
| 2006/0178715 A1* | 8/2006 | Ahn ................. A61H 39/06 607/96 |
| 2007/0144310 A1 | 6/2007 | Pozgay et al. |
| 2007/0150004 A1* | 6/2007 | Colloca ................. A61H 1/008 606/237 |
| 2007/0154783 A1 | 7/2007 | Jeon |
| 2007/0179414 A1 | 8/2007 | Imboden et al. |
| 2008/0196553 A1 | 8/2008 | Hoffmann et al. |
| 2008/0214968 A1 | 9/2008 | Milne et al. |
| 2008/0234611 A1 | 9/2008 | Sakai et al. |
| 2008/0243039 A1* | 10/2008 | Rhoades ................. A61N 5/0616 601/72 |
| 2008/0262397 A1 | 10/2008 | Habatjou |
| 2008/0306417 A1 | 12/2008 | Imboden et al. |
| 2009/0000039 A1 | 1/2009 | St. John et al. |
| 2009/0005812 A1 | 1/2009 | Fuhr |
| 2009/0182249 A1 | 7/2009 | Sakai et al. |
| 2009/0270915 A1* | 10/2009 | Tsai ................. A61H 1/008 606/238 |
| 2009/0286145 A1 | 11/2009 | Wan et al. |
| 2009/0306577 A1 | 12/2009 | Akridge et al. |
| 2010/0116517 A1 | 5/2010 | Katzenberger et al. |
| 2010/0164434 A1 | 7/2010 | Cacioppo et al. |
| 2010/0185127 A1 | 7/2010 | Nilsson et al. |
| 2010/0228168 A1 | 9/2010 | Xu et al. |
| 2010/0252294 A1 | 10/2010 | Kondo et al. |
| 2010/0274162 A1 | 10/2010 | Evans |
| 2010/0331745 A1 | 12/2010 | Yao |
| 2011/0087141 A1 | 4/2011 | Wagy et al. |
| 2011/0106067 A1 | 5/2011 | Geva et al. |
| 2011/0169481 A1 | 7/2011 | Nguyen et al. |
| 2012/0038483 A1 | 2/2012 | Du et al. |
| 2012/0120573 A1 | 5/2012 | Bentley |
| 2012/0253245 A1* | 10/2012 | Stanbridge ................. A61H 23/006 601/101 |
| 2012/0259255 A1 | 10/2012 | Tomlinson et al. |
| 2012/0281392 A1 | 11/2012 | Workman et al. |
| 2013/0006040 A1 | 1/2013 | Lee |
| 2013/0076271 A1 | 3/2013 | Suda et al. |
| 2013/0102937 A1* | 4/2013 | Ehrenreich ................. A61B 5/6833 601/47 |
| 2013/0112451 A1 | 5/2013 | Kondo et al. |
| 2013/0138023 A1 | 5/2013 | Lerro |
| 2013/0261516 A1* | 10/2013 | Cilea ................. A61H 23/006 601/108 |
| 2013/0281897 A1 | 10/2013 | Hoffmann et al. |
| 2013/0294019 A1 | 11/2013 | LaSota et al. |
| 2014/0014384 A1 | 1/2014 | Horie et al. |
| 2014/0094724 A1 | 4/2014 | Freeman |
| 2014/0159507 A1 | 6/2014 | Johnson et al. |
| 2015/0005682 A1 | 1/2015 | Danby et al. |
| 2015/0148592 A1 | 5/2015 | Kanbar et al. |
| 2016/0151238 A1 | 6/2016 | Crunick et al. |
| 2016/0271009 A1 | 9/2016 | Giraud et al. |
| 2016/0354277 A1 | 12/2016 | Fima |
| 2016/0367425 A1 | 12/2016 | Wersland |
| 2017/0012257 A1 | 1/2017 | Wackwitz et al. |
| 2017/0027798 A1 | 2/2017 | Wersland |
| 2017/0028160 A1 | 2/2017 | Oliver |
| 2017/0304145 A1 | 10/2017 | Pepe |
| 2018/0008512 A1 | 1/2018 | Goldstein |
| 2018/0200141 A1 | 7/2018 | Wersland et al. |
| 2019/0125972 A1 | 5/2019 | Srinivasan et al. |
| 2019/0198828 A1 | 6/2019 | Zanon et al. |
| 2020/0093945 A1 | 3/2020 | Jeong |
| 2020/0128935 A1 | 4/2020 | Turner |
| 2020/0261306 A1 | 8/2020 | Pepe |
| 2020/0261307 A1 | 8/2020 | Wersland et al. |
| 2020/0329858 A1 | 10/2020 | Katano et al. |

#### FOREIGN PATENT DOCUMENTS

| Country | Number | Date |
|---|---|---|
| CN | 2049126 U | 12/1989 |
| CN | 2207816 Y | 9/1995 |
| CN | 1149446 A | 5/1997 |
| CN | 1228299 A | 9/1999 |
| CN | 2412567 Y | 1/2001 |
| CN | 2540948 Y | 3/2003 |
| CN | 2694966 Y | 4/2005 |
| CN | 201478387 U | 5/2010 |
| CN | 202478137 U | 10/2012 |
| CN | 202536467 U | 11/2012 |
| CN | 101958410 B | 1/2013 |
| CN | 203195947 U | 9/2013 |
| CN | 204208018 U | 3/2015 |
| CN | 204246459 U | 4/2015 |
| CN | 204814773 U | 12/2015 |
| CN | 205251993 U | 5/2016 |

US 11,857,482 B1
Page 4

## (56) References Cited

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 205458346 U | 8/2016 |
| CN | 206183628 U | 5/2017 |
| CN | 106806103 A | 6/2017 |
| CN | 206333979 U | 7/2017 |
| CN | 206381373 U | 8/2017 |
| CN | 107157741 A | 9/2017 |
| CN | 206675699 U | 11/2017 |
| CN | 304486625 | 2/2018 |
| CN | 208130157 U | 11/2018 |
| CN | 210872953 U | 6/2020 |
| DE | 102012212256 A1 | 1/2014 |
| DE | 202013012621 U1 | 12/2017 |
| EM | 004377638-0002 | 10/2017 |
| EP | 0040053 A1 | 11/1981 |
| EP | 0666071 A1 | 8/1995 |
| EP | 0572506 B1 | 1/1997 |
| EP | 1620233 B1 | 2/2007 |
| EP | 2510891 B1 | 6/2016 |
| EP | 3062383 A2 | 8/2016 |
| FI | 903376 A | 12/1991 |
| GB | 191209026 A | 3/1913 |
| GB | 191509508 A | 6/1916 |
| GB | 188946 A | 11/1922 |
| GB | 213117 A | 3/1924 |
| GB | 1293876 A | 10/1972 |
| JP | S54110058 A | 8/1979 |
| JP | S6389158 A | 4/1988 |
| JP | H04250161 A | 9/1992 |
| JP | H053903 A | 1/1993 |
| JP | H0751393 A | 2/1995 |
| JP | H07153440 A | 6/1995 |
| JP | H0866448 A | 3/1996 |
| JP | H08131500 A | 5/1996 |
| JP | H0992246 A | 4/1997 |
| JP | 2002218780 A | 8/2002 |
| JP | 2003230613 A | 8/2003 |
| JP | 2004024523 A | 1/2004 |
| JP | 2004141568 A | 5/2004 |
| JP | 2007044319 A | 2/2007 |
| JP | 2009291451 A | 12/2009 |
| JP | 2010075288 A | 4/2010 |
| JP | 5859905 B2 | 2/2016 |
| KR | 20000043488 A | 7/2000 |
| KR | 20030008342 A | 1/2003 |
| KR | 200311328 Y1 | 5/2003 |
| KR | 20060074625 A | 7/2006 |
| KR | 200422971 Y1 | 8/2006 |
| KR | 100785097 B1 | 12/2007 |
| KR | 20090128807 A | 12/2009 |
| KR | 2010-0023508 A | 3/2010 |
| KR | 101007827 B1 | 1/2011 |
| KR | 101162978 B1 | 7/2012 |
| KR | 101315314 B1 | 10/2013 |
| KR | 101504885 B1 | 3/2015 |
| KR | 101649522 B1 | 8/2016 |
| RU | 2053754 C1 | 2/1996 |
| RU | 2464005 C1 | 10/2012 |
| TW | M272528 U | 8/2005 |
| TW | M379178 U | 4/2010 |
| TW | M402573 U | 4/2011 |
| TW | M433702 U | 7/2012 |
| TW | M493379 U | 1/2015 |
| TW | M543692 U | 6/2017 |
| WO | WO-9214435 A1 | 9/1992 |
| WO | WO-9625908 A1 | 8/1996 |
| WO | WO-03006102 A2 | 1/2003 |
| WO | WO-2008/113139 A1 | 9/2008 |
| WO | WO-2009/014727 A1 | 1/2009 |
| WO | WO-2011122812 A2 | 10/2011 |
| WO | WO-2012/134469 A1 | 10/2012 |
| WO | WO-2013/141359 A1 | 9/2013 |
| WO | WO-2014118596 A1 | 8/2014 |
| WO | WO-2015038005 A2 | 3/2015 |
| WO | WO-2017/123841 A2 | 7/2017 |
| WO | WO-2017/184505 A2 | 10/2017 |

### OTHER PUBLICATIONS

Campbell, D., "Jolt Therapy Tool," https://www.youtube.com/watch?v=-1nLjD-xRgl, Jul. 28, 2017, 3 pages.
Centech 4 in 1 Portable Power Pack Owner's Manual & Safety Instructions, 2014, 12 pages.
Christiana, A., "Porter-Cable PCL212ICC-2 12V Compact Lithium Two Tool Kit," Dec. 5, 2014, 5 pages.
DePuy Synthes Power Tools, "Battery Power Line II, User's Manual," for Battery-driven power tool system for orthopedics and traumatology, Dec. 2012, 83 pages.
DIY Jigsaw "Drill" Massager—Percussion Massager, Feb. 9, 2018, 19 pages.
Knopp, B., "How to Change Jolt Attachments," https://www.youtube.com/watch?v=pl-vHxRtXUQ, Apr. 5, 2017, 6 pages.
NutriKlick Deep Tissue Massage Gun, Date Unknown.
PERFOMAX 8 Volt Li-Ion Cordless Driver Owner's Manual, www.manualslib.com, Jul. 27, 2012, 19 pages.
Rachel [family name unknown], "Jigsaw Massager," Aug. 28, 2007, 8 pages. Information available online from http://www.instructables.com/id/jigsaw-massager/.
Synthes Battery Power Line, Jun. 2009, 6 pages.
Theragun Owners Manual G2PRO, 16 pages.
TIMTAM Power Massage 1.5, Aug. 7, 2020, 4 pages.
TOPiando Multifunctional Massage Gun, 19 pages, date unknown.
Yu-Chung, C., "Electrolux Power Drill," www.design-inspiration.net/inspiration/yu-chung-chang-electrolux-power-drill/, Aug. 20, 2017, 4 pages.

\* cited by examiner



FIG. 1

132
106
260
120
222
221
124
220
218
214
221
282
104
108
232
230
130
280
218
281
102
209
210
211
212
213
218

FIG. 2



FIG. 3



FIG. 4



FIG. 5A

FIG. 5B

FIG. 6

FIG. 6A

FIG. 6B



**FIG. 7**



FIG. 8

# MASSAGE DEVICE HAVING VARIABLE STROKE LENGTH

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 15/892,665 filed on Feb. 9, 2018, and entitled "MASSAGE DEVICE HAVING VARIABLE STROKE LENGTH", which is a continuation of U.S. patent application Ser. No. 14/317,573 filed on Jun. 27, 2014, and entitled "MASSAGING DEVICE HAVING A HEAT SINK" (now U.S. Pat. No. 9,889,066 issued on Feb. 13, 2018), which claims priority to and the benefits of U.S. Provisional Patent Application No. 61/841,693 filed on Jul. 1, 2013, and entitled "MASSAGING DEVICE", the entireties of which are incorporated herein by reference.

## BACKGROUND

This invention relates generally to medical devices, and more particularly, to a deep muscle-stimulating device used to increase muscle metabolism, increase the lactic acid cycle and relieve pain.

Vibrating massaging devices are available on the market today; however, those devices suffer from many deficiencies. Many of the prior art massaging devices are bulky, get very hot, are noisy and/or are difficult to use for extended periods of time.

## SUMMARY

Exemplary embodiments of massaging devices are disclosed herein. One exemplary embodiment includes a piston having a longitudinal axis and a massaging head connected to the piston. A motor is located on a first side of the longitudinal axis and a handle is located on a second side of the longitudinal axis. A drive mechanism for moving the piston and massage head is also included.

Another exemplary embodiment of a massaging device includes a handle, a piston, a massaging head attached to the piston, a motor, a drive mechanism for converting rotary motion of the motor to linear motion to drive the piston back and forth in a reciprocating motion, a processor, memory, a data connection in circuit communication with the processor and logic for transmitting data between the massaging device and a remote device.

Still another exemplary embodiment includes a massaging device that has a handle, a motor, a drive mechanism for converting rotary motion of the motor to reciprocating motion, a piston movable in a linear reciprocating motion connected to the drive mechanism and a massage head attached to the piston. The exemplary embodiment also includes a heat sink in thermal communication with the motor and drive mechanism, and a housing having two cavities. The first cavity at least partially surrounds the motor and the second cavity at least partially surrounds the heat sink. The cavities are separated from one another and the second cavity includes one or more openings for allowing air to flow over the heat sink to dissipate heat from the massager.

Another exemplary massaging device includes a housing, a handle extending outward from the housing and a piston having a longitudinal axis extending substantially perpendicular to the handle. A massaging head is connected to the piston. In addition, the massaging device includes a motor, a drive mechanism for moving the piston and a control panel. The control panel is located on the housing above the handle.

In yet another exemplary embodiment, a massaging device includes a handle, a piston, a quick-connection mechanism and one or more massaging heads releasably connectable to the piston by the quick-connection mechanism. The massaging device further includes a motor and a drive mechanism for moving the piston.

Another exemplary massaging device includes a handle, a piston, a massaging head connected to the piston, a motor and a drive mechanism for moving the piston. The drive mechanism includes a crank bearing that has one or more spring bars.

Still yet, another exemplary massaging device includes a handle, a piston a massaging head connected to the piston, a drive mechanism for moving the piston in a back and forth motion and a lost motion mechanism located between the massaging head and the drive mechanism.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other features and advantages of the present invention will become better understood with regard to the following description and accompanying drawings in which:

FIG. **1** illustrates a perspective view of an exemplary embodiment of a massaging device;

FIG. **2** illustrates a first cross-section of the exemplary massaging device of FIG. **1**;

FIG. **3** illustrates a second cross-section of the exemplary massaging device of FIG. **1**;

FIG. **4** illustrates an exploded perspective view of an exemplary drive mechanism of the massaging device;

FIGS. **5**A and **5**B show enlarged side views of a crank bearing having spring bars for use in the exemplary drive mechanism of FIG. **4**;

FIGS. **6**, **6**A and **6**B illustrate an exemplary quick-disconnect mechanism for connecting one or more massaging heads to a massaging device;

FIG. **7** illustrates a schematic view of an exemplary lost motion control mechanism for varying the stroke of the piston driving a massaging head; and

FIG. **8** illustrates an exemplary embodiment of a simplified block circuit diagram for a massaging device.

## DETAILED DESCRIPTION

The Detailed Description merely describes exemplary embodiments of the invention and is not intended to limit the scope of the claims in any way. Indeed, the invention is broader than and unlimited by the exemplary embodiments, and unless specifically indicated otherwise, the terms used in the claims have their full ordinary meaning.

"Circuit communication" as used herein indicates a communicative relationship between devices. Direct electrical, electromagnetic and optical connections and indirect electrical, electromagnetic and optical connections are examples of circuit communication. Two devices are in circuit communication if a signal from one is received by the other, regardless of whether the signal is modified by some other device. For example, two devices separated by one or more of the following—amplifiers, filters, transformers, optoisolators, digital or analog buffers, analog integrators, other electronic circuitry, fiber optic transceivers or satellites—are in circuit communication if a signal from one is communicated to the other, even though the signal is modified by the intermediate device(s). As another example, an electromag-

netic sensor is in circuit communication with a signal if it receives electromagnetic radiation from the signal. As a final example, two devices not directly connected to each other, but both capable of interfacing with a third device, such as, for example, a processor, are in circuit communication.

Also, as used herein, voltages and values representing digitized voltages are considered to be equivalent for the purposes of this application, and thus the term "voltage" as used herein refers to either a signal, or a value in a processor representing a signal, or a value in a processor determined from a value representing a signal.

"Signal," as used herein includes, but is not limited to one or more electrical signals, analog or digital signals, one or more computer instructions, a bit or bit stream, or the like.

"Logic," synonymous with "circuit" as used herein includes, but is not limited to hardware, firmware, software and/or combinations of each to perform a function(s) or an action(s). For example, based on a desired application or needs, logic may include a software-controlled processor, microprocessor or microcontroller, discrete logic, such as an application specific integrated circuit (ASIC) or other programmed logic device. Logic may also be fully embodied as software. The circuits identified and described herein may have many different configurations to perform the desired functions.

Any values identified in the detailed description are exemplary, and they are determined as needed for a particular massaging device. Accordingly, the inventive concepts disclosed and claimed herein are not limited to particular values or ranges of values used to describe the embodiments disclosed herein.

FIG. **1** is a perspective view of an exemplary embodiment of a hand-held massaging device **100**. The exemplary massaging device **100** includes a main housing **102** that houses a motor and a drive unit and an upper housing **104** that includes a heat sink and a fan. In addition, massaging device **100** includes a first handle **106**, and a second optional handle **108**. Handle **106** has a longitudinal axis that extends away from the housing **102**. The massaging device **100** also includes a massaging head **130**. As discussed in more detail below, in some embodiments massaging head **130** includes a quick-release connection.

Massaging device **100** includes a control panel **124**. In one embodiment, control panel **124** comprises a first momentary pushbutton **126** and a second momentary pushbutton **128**. First and second pushbuttons **126**, **128** may serve multiple purposes. In one embodiment, pushing the first pushbutton **126** once moves the massaging device **100** to a first preset speed. Pushing the first pushbutton **126** a second time moves the massaging device **100** to a second preset speed. Accordingly, multiple preset speeds may be selected by pushing a single pushbutton. In addition, pushing pushbutton **126** and holding it down may increase the speed of the massaging head until the user releases the pushbutton **126**.

In addition, if the massaging device **100** is turned off, pushing second pushbutton **128** once and holding it in for a period of time turns on the massaging device **100**. Pushing the second pushbutton **128** in and holding it in for a period of time, such as, for example one second, causes massaging device **100** to turn off. While massaging device **100** is turned on, pushing and releasing second pushbutton **128** decreases the speed of the massaging device **100** to the next lowest preset speed. Pushing and releasing pushbutton **128** again further reduces the speed of the massaging device **100**. In some embodiments, the operating speed of the massaging device is generally between about 600 and 3600 strokes per minute.

The control panel **124** is located above handle **106** on upper housing **104**. Control panel **124** is located off of the handle **106**, which prevents accidental contact between a user's hand and the control panel **124** and allows a user to move her hand to any position on the handle **106** during operation. Preferably, control panel **124** is located so that it is reachable by a user's thumb without the user having to remove her hand from the handle **106**. In addition, massaging device **100** includes a power cord **132** for providing power to the massaging device **100**.

Although the exemplary control panel **124** illustrates two pushbuttons **126**, **128**, other controls may be used, such as dials and switches. In addition, visual or audible signals may be generated and displayed on control panel **124**. To that extent, control panel **124** may include a visual display (not shown), an audible device (not shown) or the like, such as, for example a speaker, or the like. If a visual or audible device is used, the visual or audible device may be located proximate the pushbuttons or other controls, or may be located apart from such controls.

Upper housing **104** includes an air intake aperture covered by intake grate **120** and one or more air outlet apertures covered by outtake grate(s) **122**. As described in more detail below, the heat-generating internal components of massaging device **100** are cooled by air passing through upper housing portion **104**.

FIGS. **2** and **3** are cross-sections of massaging device **100**. Located within handle **106** is control circuitry **260**. Control circuitry **260** is in circuit communication with power cord **132**, control panel **124**, fan **222** and motor **210**.

Motor **210** is located in housing **102** opposite handle **106**. Motor **210** is a variable speed DC motor; however, motor **210** may be a constant speed motor, an AC motor or the like. In one embodiment, motor **210** has an operating speed of between about 600 and 3600 revolutions per minute (RPMs).

Motor **210** includes a shaft **211** that extends into a flywheel **212**. Flywheel **212** includes a cylindrical projecting member or crank pin **213** positioned offset from the centerline **400** (FIG. **4**) of the flywheel **212**. Crank pin **213** is inserted in an aperture **410** (FIG. **4**) of a crank bearing **214**. Crank bearing **214** is inserted into a pocket **232** of a piston **230**. The piston also has an elongated cutout **402** to receive part of the flywheel **212** for compactness while permitting piston reciprocation. Crank bearing **214** is cuboid in the exemplary embodiment, however, in some exemplary embodiments, crank bearing **214** may cylindrical.

FIG. **4** is an exploded perspective view of piston **230**, flywheel **212** and crank bearing **214**. Piston **230** may be made of any suitable material, and in some embodiments, piston **230** is made of aluminum. As illustrated in the drawings, in some embodiments, motor **210** is located on one side of the longitudinal axis of piston **230** and handle **106** is located on a second side of the longitudinal axis. Piston **230** includes a pocket **232** (or transverse slot) having a first wall **232**A and a second wall **232**B. In some embodiments, piston **230** is hollow on either side of pocket **232** to reduce weight.

Flywheel **212** includes a cylindrical projecting member **213**. Crank pin **213** is off set from the centerline **400** of flywheel **212**. Accordingly, as flywheel **212** rotates, crank pin **213** rotates in a circular path around the centerline **400** of the flywheel **212**. Rotation of crank pin **213** causes crank

bearing **214** to travel in a circular motion within piston pocket **232** causing reciprocal motion of piston **230**.

Piston **230** is restrained by two spaced apart bearings **310**, **311** (FIG. **3**). Bearing **310** is located on a first side of flywheel **212** and bearing **311** is located on a second side of flywheel **212**. Accordingly, piston **230** may only move in a back-and-forth motion along its longitudinal axis. The arrangement of the bearings **310**, **311** on both ends of the piston **230** provides for a very sturdy and robust drive mechanism. Because piston **230** is constrained to a linear back-and-forth motion, as crank bearing **214** rotates in a circular motion, it acts against side walls **232**A and **232**B of pocket **232**. This mechanism for converting rotary to linear motion is known as a "Scotch yoke."

In order to correctly assemble the components of a Scotch yoke drive, the pocket **232** (or walls of transverse slot) must be milled larger than the outside dimensions of the crank bearing **214**. The gap between the inside of pocket **232** and the outside of crank bearing **214** is typically mm inches. Motor **210** rotates at between about 600 and 3600 RPMs and each time the crank bearing **214** switches from moving, for example, toward side wall **232**A of pocket **232** to moving toward the other side wall **232**B, the bearing block **214** travels the small gap and smacks or strikes the side wall, e.g., side **232**B, which causes a significant amount of noise and wear.

In one exemplary embodiment, crank bearing **214** is made with one spring bar **412**. Figure is an enlarged elevation view of side **420** of crank bearing **214** and FIG. **5**B is an enlarged plan view showing top **422** of crank bearing **214**. The spring bars **412** are created by milling the outside of the spring block **214** proud by 0.4 mm in the area of the desired spring bar.

As illustrated in FIG. **5**A, the surface of spring bar **412** bows outward. The size of the bow is set to increase the width of the crank bearing **214** to be slightly larger (0.4 mm) than the width of the pocket **232**. In some embodiments, slots **502** and **504** are milled into the surfaces of side **420** and top **422** below the spring bar **412** to allow spring bar **412** to deflect inwards. In some embodiments, slots **502** and **504** intersect thereby leaving spring bar **412** supported only on each end.

Thus, when crank bearing **214** is inserted into pocket **232**, the spring bar **412** contacts the corresponding surface of the pocket **232** and deflects inward which causes crank bearing **214** to fit snuggly in pocket **232**. Accordingly, as crank bearing **214** changes directions from, for example, moving toward side wall **232**A to moving toward side wall **232**B, the spring bar **412** takes up the slack in the gap and prevent noise and wear that would otherwise be generated by the crank bearing **214** striking the side walls **232**A, **232**B of the pocket **232**.

Crank bearing **214** may be made of any suitable material; in some embodiments, crank bearing **214** is made of plastic. Although the exemplary embodiment is shown and described as having one spring bar, exemplary embodiments may have any number of spring bars.

Massaging device **100** includes a drive housing **218**. Drive housing **218** is made of a heat conducting material, such as, for example, aluminum and has a longitudinal bore **327** passing therethrough to receive piston **230**. As shown in FIG. **3**, drive housing **218** includes a first internal cylindrical groove **308** for holding bearing **310** and a second internal cylindrical groove **309** for holding bearing **311**. Spaced bearings **310** and **311** mount and guide the piston **230** relative to the drive housing **218**. Drive housing **318** surrounds piston **230** and flywheel **212**. In some embodiments, drive housing **318** is made up of multiple components, such as an upper drive housing and a lower drive housing.

In addition, motor **210** includes a motor housing **209** that bolts onto drive housing **218**. Motor housing **209** is also made of a heat-conducting material, such as, for example, aluminum. Secured to drive housing **218** is heat sink **220**. Heat sink **220** includes a plurality of fins **221**. Heat sink **220** is made of a heat conducting-material, such as, for example, aluminum.

Main housing **102** contains a first cavity **281**. Upper housing **104** contains a second cavity **282**. First cavity **281** and second cavity **282** are separated by a barrier **280**. Motor housing **209** and drive housing **218** are located in the first cavity **281**. Heat sink **220** is located in second cavity **282**. The exemplary embodiment describes a main housing **102** and upper housing **104**. These may be portions made up of a single structure or multiple structures secured to each other.

Second cavity **282** includes an air inlet aperture **340** which is covered by grate **120** and one or more air outlet apertures **342** covered by one or more grates **122**. A fan **222** is located in second cavity **282**. When the fan **222** is activated, air enters second cavity **282** through air inlet aperture **340** and passes over cooling fins **221** of heat sink **220**, and the air then passes out of second cavity **282** through the one or more air outlets **342**. The fan may be activated by a switch (not shown) on control panel **124**, activated automatically when the massaging device **100** is turned on, or may be activated by a thermostat (not shown). Thus, the cooling system for massaging device **100** is located in second cavity **282** and is isolated from the other components in the massaging device **100**.

In typical massaging devices, cooling air is blown over the motor. Because the massaging devices operate for long periods of time in an atmosphere that is subject to a significant amount of dust and lint because the massaging device is often used on a person wearing clothes, a towel or a robe. Over time, the dust and lint may build up on the motor and cause the prior art massaging devices to overheat. Locating the cooling system in a cavity **282** that is isolated from the rest of the internal components minimizes this type of failure. The air outlet grates **122** may be sized larger to allow any lint and dust to freely pass out of the cavity **282**. In addition, the surface of the heat sink **220** is smooth and thus, there will be few pockets for dust and lint to get trapped.

FIGS. **6** and **6**A illustrate an exemplary embodiment of a quick-connect system **600** for connecting a massaging head **620** to a piston **602**. When providing a deep tissue massage using a massaging device, such as, for example, massaging device **100**, it may be desirable to switch massaging heads to work on different muscles or different portions of muscles during the massage. The exemplary quick-connect system **600** allows a user to quickly switch massaging heads **620**. Moreover, the exemplary quick-connect system **600** may be used without turning off the massaging device **100**.

Quick-connect system **600** includes a piston **602** that has a hollow-end bore **608** for receiving the shaft **621** of a massaging head **620**. Located within the bore **608** of piston **602** is a cylindrical seat **604**. Cylindrical seat **604** retains a magnet **606**. Magnet **606** is illustrated with its north pole located flush with the seat and facing toward the opening in bore **608**. Massaging head **620** includes a shaft **621** having a cylindrical pocket **622** at the distal end. Located within the cylindrical pocket **622** is a magnet **624**. Magnet **624** is positioned so that its south pole is located at the distal end of shaft **621**. Accordingly, when the shaft **621** of massaging

7

head **620** is slid into opening in bore **608**, the magnets **606** and **624** are attracted to one another and magnetically hold massaging head **620** firmly in place.

To remove massaging head **620**, a user need only apply a sufficient amount of force to separate the two magnets **606**, **624**. The strength of the magnets **606**, **624** are sized to prevent the massaging head **620** from separating from the piston **602** during normal use, and yet allow a user to quickly remove and replace the massaging head **620**. In some embodiments the end **626** of the massaging head **620** is rounded, pointed or tapered (not shown) to allow it to easily slip into the opening **608** even while the piston **608** is moving.

FIG. **6**B illustrates another quick-connect massaging head **630**. Quick-connect massaging head **630** is substantially the same as massaging head **620** except that the head portion **639** has a different shape than head portion **629** of massaging head **620**.

In some instances, it may be desirable to adjust the throw or the stroke length of the massaging head to work on larger or smaller muscle groups, or deeper or shallower points of stress or soreness in the muscles. FIG. **7** illustrates an exemplary embodiment of a lost motion system **700**. Although lost motion system **700** is a hydraulic lost motion system, other mechanical lost motion devices may be used in accordance with embodiments of the present invention.

Lost motion system **700** is contained in housing **702**. Housing **702** may be similar to drive housing **218** described above except it may need to be larger to accommodate lost motion system **700**. Housing **702** includes a floating piston **720** located in first cylindrical bore **708**. Floating piston **720** includes a sealing member **722** for forming a seal between floating piston **720** and first cylindrical bore **708**. A cam **706** secured to housing **702** may be rotated to adjust the amount of travel that floating piston **720** may move. A passage **710** fluidically connects first cylindrical bore **708** to second cylindrical bore **704**.

A drive piston **730** is located in second cylindrical bore **704**. Drive piston **730** includes a sealing member **732** to seal between the drive piston **730** and second cylindrical bore **704**. Drive piston **730** may be driven in substantially the same way as described above with respect to piston **230**. A passage **705** fluidically connects second cylindrical bore **704** and passage **710** to third cylindrical bore **706**. Located within third cylindrical bore **706** is an output piston **740**.

Output piston **740** includes a sealing member **742**, such as, for example, an o-ring to form a seal between drive piston **730** and third cylindrical bore **706**. Hydraulic fluid **712** is located in passages **705**, **710** and portions of the first, second, and third cylindrical cavities **708**, **704** and **706** as illustrated. A massaging head (not shown) is connected to output piston **740**.

During operation, if cam **706** is set so that floating piston **720** is retained at the proximate end of first cylindrical bore **708** (as illustrated), movement of the drive piston **730** moves output piston **740** its maximum stroke length. If cam **706** is set so that floating piston **720** moves to adjacent the distal end of first cylindrical bore **708**, movement of the drive piston **730** moves output piston **740** its minimum stroke length. The cam may also be selectively rotated to intermediate positions to choose different magnitudes of floating piston movement resulting in different selected magnitudes of output piston movement.

In some embodiments, floating piston **720** is physically connected to the cam or other adjustment mechanism so that it is positioned in a predetermined position and remains

8

stationary during operation of the drive piston **730**. Thus, floating piston **720** does not float during operation of the massaging device.

In some embodiments, the lost motion system may be contained in the massaging head itself, or in an adaptor that connects between the piston and the massaging head. Thus, rather than having a cam in the housing of the massaging device, different applicator heads or adaptors having a set lost motion, or variable lost motion systems integral therein may be used. In some embodiments, such adaptors and massaging heads may be adapted with a quick-connect system similar to the ones described with respect to FIGS. **6** and **6**A.

FIG. **8** illustrates a simplified exemplary electrical schematic diagram **800** of an embodiment of a massaging device. The components disclosed as being on a particular circuit board may be on multiple circuit boards or individually mounted and hardwired to one another. Circuit board **801** includes memory **804**, motor control circuitry **810** and fan control circuitry **816**, which are in circuit communication with processor **802**. Fan control circuitry **816** is in circuit communication with fan **817**.

Power circuitry **812** may be included on circuit board **801** or may be located on its own external to the massager. Power circuitry **812** includes the necessary power conditioning circuitry to provide power to both the electronics and the motors. In circuit communication with power circuitry **812** is plug **814**. Optionally two or more power circuits may be utilized. All of the connections between power circuitry **812** and the other components may not be shown in FIG. **8**; however, those skilled in the art have the required knowledge to provide power to the devices that require power. Motor control circuitry **810** is in circuit communication with drive motor **811**. Drive motor **811** is used to drive the piston and massaging head as described above.

Memory **804** is a processor readable media and includes the necessary logic to operate the massaging device. Examples of different processor readable media include Flash Memory, Read-Only Memory (ROM), Random-Access Memory (RAM), programmable read-only memory (PROM), electrically programmable read-only memory (EPROM), electrically erasable programmable read-only memory (EEPROM), magnetic disk, and optically readable mediums, and others. Still further, the processes and logic described herein can be merged into one large process flow or divided into many sub-process flows. The order in which the process flows herein have been described is not critical and can be rearranged while still accomplishing the same results. Indeed, the process flows described herein may be rearranged, consolidated and/or reorganized in their implementation as warranted or desired.

In addition, processor **802** is in circuit communication with control panel **806**. Control panel **806** includes any desired pushbuttons, dials, displays or the like. Control panel **806** provides the operator interface to operate and control the massaging device.

Processor **802** is also in circuit communication with data connection **820**. Representative data connections **820** include an Ethernet wire, Bluetooth, WiFi, optical transmitter/reader, an IR reader and the like. Combinations of two or more different data connections **820** may be used. Data connection **820** may be used to transmit data to an outside device, such as, for example, a computer or hand-held portable device. Various uses for transmitting such data are described below.

In some embodiments, processor **802** includes logic to collect and store data related to use of the massaging device.

Exemplary types of data may include usage rates, operating times or the like. In some embodiments, different massaging heads include an RFID chip and when inserted into the massaging device, an RFID reader (not shown) identifies and stores the type of massaging head utilized. In some embodiments, a customer number may be associated with the data. This data may be used to determine lease rates of the massaging device, for calculating cost/benefit analysis, or for setting up customized massages.

In some embodiments, data may be uploaded from a computer or hand-held portable device to the massaging device. Such data may include customized massaging programs tailored for individual needs. In some embodiments, the customized massaging program may be reflective of prior massages given to a customer that were particularly well-received by the customer.

In some embodiments, the customized massaging program may indicate to the user on a display on the control panel **806** massage times, locations, type of massage head to use or the like to ensure covering the desired locations with the customized massage.

While various inventive aspects, concepts and features of the inventions may be described and illustrated herein as embodied in combination in the exemplary embodiments, these various aspects, concepts and features may be used in many alternative embodiments, either individually or in various combinations and sub-combinations thereof. Unless expressly excluded herein all such combinations and sub-combinations are intended to be within the scope of the present inventions. Still further, while various alternative embodiments as to the various aspects, concepts and features of the inventions—such as alternative materials, structures, configurations, methods, circuits, devices and components, software, hardware, control logic, alternatives as to form, fit and function, and so on—may be described herein, such descriptions are not intended to be a complete or exhaustive list of available alternative embodiments, whether presently known or later developed. Those skilled in the art may readily adopt one or more of the inventive aspects, concepts or features into additional embodiments and uses within the scope of the present inventions even if such embodiments are not expressly disclosed herein. Additionally, even though some features, concepts or aspects of the inventions may be described herein as being a preferred arrangement or method, such description is not intended to suggest that such feature is required or necessary unless expressly so stated. Still further, exemplary or representative values and ranges may be included to assist in understanding the present disclosure; however, such values and ranges are not to be construed in a limiting sense and are intended to be critical values or ranges only if so expressly stated. Moreover, while various aspects, features and concepts may be expressly identified herein as being inventive or forming part of an invention, such identification is not intended to be exclusive, but rather there may be inventive aspects, concepts and features that are fully described herein without being expressly identified as such or as part of a specific invention. Descriptions of exemplary methods or processes are not limited to inclusion of all steps as being required in all cases, nor is the order that the steps are presented to be construed as required or necessary unless expressly so stated.

What is claimed is:

1. A percussive massager comprising:
   a housing;
   a piston having a proximal end and a distal end, the distal end of the piston having a substantially cylindrical bore;
   a motor at least partially within the housing and operatively connected to the proximal end of the piston, wherein the motor is configured to cause the piston to reciprocate at a first speed;
   a drive mechanism that controls a predetermined stroke length of the piston; and
   a quick-connect system comprising the distal end of the piston and a first massaging head, wherein the quick-connect system is configured to secure the first massaging head to the percussive massager by a proximal end of the massaging head being slid into the bore while the piston reciprocates the predetermined stroke length at the first speed.

2. The percussive massager of claim **1**, further comprising:
   a second massaging head configured to releasably couple to the distal end of the piston via the quick-connect system.

3. The percussive massager of claim **1**, wherein the motor is configured to cause the piston to reciprocate the predetermined stroke length at a second speed.

4. The percussive massager of claim **3**, wherein the first speed and the second speed are each less than or equal to 3600 strokes per minute.

5. The percussive massager of claim **3**, wherein the first speed and the second speed are each greater than or equal to 600 strokes per minute.

6. The percussive massager of claim **3**, wherein the first speed and the second speed are each selectable from a plurality of predetermined speeds in a range of greater than 700 strokes per minute to less than 1800 strokes per minute.

7. The percussive massager of claim **3**, further comprising:
   a control panel positioned on an exterior of the housing.

8. The percussive massager of claim **7**, wherein the control panel is configured to display one or more visual indicators.

9. The percussive massager of claim **7**, wherein the control panel has a display device.

10. The percussive massager of claim **7**, wherein the control panel has one or more inputs.

11. The percussive massager of claim **10**, wherein the one or more inputs comprise at least one of: a button, a switch, and a dial.

12. The percussive massager of claim **10**, wherein the first speed and the second speed are each selectable via the one or more inputs.

13. The percussive massager of claim **10**, wherein a first selection of the one or more inputs is configured to cause the percussive massager to power on and wherein a second selection of the one or more inputs is configured to cause the percussive massager to power off.

14. The percussive massager of claim **1**, further comprising an audible feedback device configured to generate one or more audible signals.

15. The percussive massager of claim **1**, further comprising a controller having a processor, a memory, and a data connection.

16. The percussive massager of claim **15**, wherein the data connection is a wireless data connection.

17. The percussive massager of claim **15**, wherein the controller is configured to send, by the data connection, first data to an external computing device.

18. The percussive massager of claim 17, wherein the first data is indicative of usage of the percussive massager for providing a massage.

19. The percussive massager of claim 15, wherein the controller is configured to receive, by the data connection, second data from an external computing device.

20. The percussive massager of claim 19, wherein the second data is indicative of a massage program having at least one of a massage duration, a massage location, and a type of massaging head.

21. The percussive massager of claim 1, wherein the housing comprises a cavity, wherein the motor and the drive mechanism are positioned within the cavity.

22. The percussive massager of claim 21, further comprising a thermally conductive motor housing positioned within the cavity proximal to the motor.

23. The percussive massager of claim 22, further comprising a heat sink positioned proximal to the thermally conductive motor housing.

24. The percussive massager of claim 1, wherein the motor is positioned within the housing opposite a handle.

25. The percussive massager of claim 1, wherein the motor has an output shaft configured to rotate about a rotation axis, and wherein the drive mechanism comprises:
   a flywheel operatively connected to the output shaft of the motor to rotate about a flywheel axis, the output shaft extending into the flywheel along the flywheel axis; and
   a crank pin extending from the flywheel, the crank pin being operatively connected to the piston.

26. The percussive massager of claim 25, wherein an offset between the flywheel axis and an axis of the crank pin controls the predetermined stroke length of the piston.

27. The percussive massager of claim 26, wherein the motor is directly connected to the flywheel, and wherein the crank pin is directly connected to the flywheel.

28. The percussive massager of claim 1, wherein a handle is on an opposite side of the piston with respect to the motor.

29. The percussive massager of claim 1, further comprising a substantially cylindrical structure within the bore.

30. The percussive massager of claim 29, wherein the substantially cylindrical structure comprises a cylindrical seat.

31. The percussive massager of claim 29, wherein the substantially cylindrical structure comprises a magnet.

32. A method of assembling a percussive massager, the method comprising:
   positioning a motor at least partially within a housing;
   operatively connecting the motor to a proximal end of a piston, wherein the motor is configured to cause the piston to reciprocate at a first speed, wherein a distal end of the piston has a quick release connector, wherein the quick release connector has a bore having a substantially cylindrical structure; and
   positioning a drive mechanism that controls a predetermined stroke length of the piston within the housing, wherein the quick release connector is configured to secure a first massaging head by sliding the first massaging head into the bore while the piston reciprocates the predetermined stroke length at the first speed.

33. The method of claim 32, wherein a second massaging head is configured to releasably couple to the distal end of the piston via the quick release connector.

34. A percussive massager comprising:
   a housing;
   a piston in the housing having a proximal end and a distal end;
   a motor at least partially within the housing and operatively connected to the proximal end of the piston, wherein the motor is configured to cause the piston to reciprocate at a first speed;
   a drive mechanism between the motor and the piston that controls a predetermined stroke length of the piston; and
   a quick release connector at the distal end of the piston, wherein the quick release connector is configured to secure a first massaging head while the piston reciprocates a predetermined stroke length at the first speed, wherein the first massaging head has a substantially cylindrical pocket to receive the quick release connector.

35. The percussive massager of claim 34, further comprising:
   a second massaging head configured to releasably couple to the distal end of the piston via the quick release connector.

36. The percussive massager of claim 34, wherein the motor is configured to cause the piston to reciprocate the predetermined stroke length at a second speed.

37. The percussive massager of claim 36, wherein the first speed and the second speed are each less than or equal to 3600 strokes per minute.

38. The percussive massager of claim 36, wherein the first speed and the second speed are each greater than or equal to 600 strokes per minute.

39. The percussive massager of claim 36, wherein the first speed and the second speed are each selectable from a plurality of predetermined speeds in a range of greater than 700 strokes per minute to less than 1800 strokes per minute.

40. The percussive massager of claim 36, further comprising:
   a control panel positioned on an exterior of the housing.

41. The percussive massager of claim 40, wherein the control panel is configured to display one or more visual indicators.

42. The percussive massager of claim 40, wherein the control panel has a display device.

43. The percussive massager of claim 40, wherein the control panel has one or more inputs.

44. The percussive massager of claim 43, wherein the one or more inputs comprise at least one of: a button, a switch, and a dial.

45. The percussive massager of claim 43, wherein the first speed and the second speed are each selectable via the one or more inputs.

46. The percussive massager of claim 43, wherein a first selection of the one or more inputs is configured to cause the percussive massager to power on and wherein a second selection of the one or more inputs is configured to cause the percussive massager to power off.

47. The percussive massager of claim 34, further comprising an audible feedback device configured to generate one or more audible signals.

48. The percussive massager of claim 34, further comprising a controller having a processor, a memory, and a data connection.

49. The percussive massager of claim 48, wherein the data connection is a wireless data connection.

50. The percussive massager of claim 49, wherein the controller is configured to send, by the data connection, first data to an external computing device.

51. The percussive massager of claim 50, wherein the first data is indicative of usage of the percussive massager for providing a massage.

13

52. The percussive massager of claim 48, wherein the controller is configured to receive, by the data connection, second data from an external computing device.

53. The percussive massager of claim 52, wherein the second data is indicative of a massage program having at least one of a massage duration, a massage location, and a type of massaging head.

54. The percussive massager of claim 34, wherein the housing comprises a cavity, wherein the motor and the drive mechanism are positioned within the cavity.

55. The percussive massager of claim 54, further comprising a thermally conductive motor housing positioned within the cavity proximal to the motor.

56. The percussive massager of claim 55, further comprising a heat sink positioned proximal to the thermally conductive motor housing.

57. The percussive massager of claim 34, further comprising a handle, wherein the motor is positioned within the housing opposite the handle.

14

58. The percussive massager of claim 34, wherein the motor has an output shaft configured to rotate about a rotation axis, and wherein the drive mechanism comprises:
   a flywheel operatively connected to the output shaft of the motor to rotate about a flywheel axis, the output shaft extending into the flywheel along the flywheel axis; and
   a crank pin extending from the flywheel, the crank pin being operatively connected to the piston.

59. The percussive massager of claim 58, wherein an offset between the flywheel axis and an axis of the crank pin controls the predetermined stroke length of the piston.

60. The percussive massager of claim 59, wherein the motor is directly connected to the flywheel, and wherein the crank pin is directly connected to the flywheel.

61. The percussive massager of claim 34, further comprising a handle, wherein the handle is on an opposite side of the piston with respect to the motor.

* * * * *