JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPER ICE INC, a California corporation, and HYPERICE IP SUBCO LLC, a Delaware limited liability company.<br><br>    Plaintiff,<br><br>    v.<br><br>DACORM,<br><br>    Defendants. | Case No. 8:24-cv-00097-JWH-DFMx<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiffs' Motion for Default Judgment [ECF No. 20]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 1338(a).

2. Plaintiffs Hyper Ice, Inc., and Hyperice IP Subco, LLC (jointly, "Hyper Ice") shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Defendant Dacorm, in the amount of **$169,868**, as well as costs in an amount to be determined in a separate, subsequent application.

3. Dacorm, its partners, agents, servants, employees, attorneys, and those persons in active concert with Dacorm are **PERMANENTLY ENJOINED** and shall **IMMEDIATELY CEASE** all manufacture, use, offers to sell, sales, and import into the United States of all Dacorm and Dacorma massage guns, and any other product that infringes U.S. Patent No. 11,857,482.

4. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 18, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-